Exhibit 2 to the Complaint.

# U.S. Patent No. US 7,650,376 v. Broadway HD
# Exemplary Claim of Infringement, Claim 37

Exhibit 2 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [37.P] A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising | Broadway HD ("Company") makes, uses, sells, and/or offers to sell a computer-readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Company provides the BroadwayHD application, a streaming platform ("a computer-readable storage medium or media encoded with one or more computer programs") that allows users to watch content of different categories such as musicals, plays, dramas, and comedies over the internet ("instructions for effecting the provision of content over a network"). <br><br>  <br><br> Source: https://www.broadwayhd.com |

Exhibit 2 to the Complaint.



Source: https://www.broadwayhd.com

Source: https://www.broadwayhd.com/info/legal/terms-of-use

Exhibit 2 to the Complaint.



Source: https://play.google.com/store/apps/details?id=com.broadwayhd.app&hl=en_US&gl=US

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

4

Exhibit 2 to the Complaint.

| | |
|---|---|
| [37.1] instructions for receiving a request from a client for specified content | Company provides instructions for receiving a request from a client for specified content.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the BroadwayHD application presents various content options along with search functionality that allows users ("a client") to select or search ("request from a client") for the desired content ("specified content") such as musical events, plays, and dramas.<br><br><br><br>Source: https://play.google.com/store/apps/details?id=com.broadwayhd.app&hl=en_US&gl=US (annotated) |

Exhibit 2 to the Complaint.

| | |
|---|---|
| |  Source: https://www.broadwayhd.com/search?q=comedy (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.2] instructions for communicating to the client the identity of a node server having the specified content stored thereon, | Company provides instructions for communicating to the client the identity of a node server having the specified content stored thereon, thereby enabling the client to request transmission of the specified content from the node server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user requests the content, the BroadwayHD application searches for the relevant content options and delivers the requested content, stored in its servers ("a node server having the specified content stored thereon"), to the user such that the user accesses the content. Since the requested content is presented to the user through the BroadwayHD application over the internet, upon information and belief, the application comprises instructions for communicating to the users the identity of the node server, thereby enabling the client to request transmission of the specified content from the node server. |

Exhibit 2 to the Complaint.

| | |
|---|---|
| thereby enabling the client to request transmission of the specified content from the node server; and | <br><br>Source: https://www.broadwayhd.com/search?q=comedy (annotated)<br><br>Source: https://video.broadwayhd.com/info/legal/privacy-policy |

7

Case 1:24-cv-04679   Document 1-2   Filed 06/20/24   Page 8 of 11


Exhibit 2 to the Complaint.

| | |
|---|---|
| | 1.2.3 Analytics Information. BroadwayHD directly measures or uses analytics tools such as Google Analytics to help us measure traffic and usage trends; analyze how people use the BroadwayHD service; compile statistics on BroadwayHD activity; and provide BroadwayHD with other information. These measurements are taken using cookies, device identifiers and other tracking technologies. Analytic information may be transmitted to and stored by BroadwayHD and/or service providers on servers in the U.S. (or elsewhere). Please note that analytics information is generally stored in an aggregated form such that it cannot reasonably be manipulated to identify any particular user.<br><br>Source: https://video.broadwayhd.com/info/legal/privacy-policy<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.3] instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission | Company provides instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user searches for any content, the application identifies the servers where the desired content is stored and delivers the requested content to the user. Further, the application comprises a 'continue watching' feature, allowing users to resume viewing their content from where they left off. Therefore, it would be apparent to a person having ordinary skill in the art that the application includes instructions for ascertaining that the node server transmitted the specified content to the user.<br><br>Furthermore, the application provides multiple subscription plans for the user to access the content provided in the application such that the user is billed for accessing the content. Therefore, it would be apparent to a person having ordinary skill in the art that BroadwayHD ("an owner of the node server") receives an incentive as compensation for transmitting the specified content to the client. |

Exhibit 2 to the Complaint.

| | |
|---|---|
| of the specified content to the client. | <br><br>transmitted the specified content to the client<br><br>Source: https://play.google.com/store/apps/details?id=com.broadwayhd.app&hl=en_US&gl=US (annotated) |

9

Exhibit 2 to the Complaint.



Source: https://www.broadwayhd.com/subscription (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

10

Exhibit 2 to the Complaint.

## 2. List of References

1. https://www.broadwayhd.com, last accessed on May 17, 2024.
2. https://www.broadwayhd.com/info/legal/terms-of-use, last accessed on May 17, 2024.
3. https://play.google.com/store/apps/details?id=com.broadwayhd.app&hl=en_US&gl=US, last accessed on May 17, 2024.
4. https://www.broadwayhd.com/search?q=comedy, last accessed on May 17, 2024.
5. https://video.broadwayhd.com/info/legal/privacy-policy, last accessed on May 17, 2024.
6. https://www.broadwayhd.com/subscription, last accessed on May 17, 2024.