David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
  Dward@klugerhealey.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>BROADWAYHD, LLC,<br><br>*Defendant*. | CIV. NO.   24-cv-4679<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states that it is 100% owned by Patent Asset Management, LLC.

Dated: June 20, 2024

                                                  Respectfully submitted,
                                                  **KLUGER HEALEY, LLC**
                                                  521 Newman Springs Road, Suite 23
                                                  Lincroft, NJ  07738
                                                  Tel:    (973) 307-0800
                                                  Fax:    (888) 635-1653
                                                  dward@klugerhealey.com


                                                  By:  /s David A. Ward
                                                         DAVID A. WARD