# Kluger Healey, LLC
### Attorneys at Law

**DAVID A. WARD**
dward@klugerhealey.com
Admitted in NJ and NY

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

June 29, 2024

<u>*Via ECF*</u>
Hon. Andrew L. Carter Jr., USDJ
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

      Re:    *Quantum Technology Innovations, LLC v. BroadwayHD, LLC*,
                24-cv-04679-ALC
                Letter Re Potentially Related Cases

Your Honor:

      We represent Plaintiff Quantum Technology Innovations, LLC in the above matter. Pursuant to Local Civil Rule 1.6, Plaintiff identifies as potentially related cases the following matters (wherein the same patent is asserted):

      *Quantum Technology Innovations, LLC v. Pandora Media, LLC*, 24-cv-01102-DLC;

      *Quantum Technology Innovations, LLC v. Showtime Networks, Inc.*, et al., 24cv1103 (MMG);

      *Quantum Technology Innovations, LLC v. AMC Networks, Inc.*, 24-cv-04745-GHW;

      *Quantum Technology Innovations, LLC v. Warner Bros. Discovery, Inc.*; 24-cv-04750-AKH.

                      Respectfully yours,

                      */s/ David A. Ward*
                      DAVID A. WARD

---

**Montclair, NJ**            **New York, NY**            **Philadelphia, PA**