UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    24cv4750 (DLC)
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :    24cv4679 (DLC)
                                      :    24cv6027 (DLC)
                           Plaintiff, :         ORDER
           -v-                        :
                                      :
WARNER BROS. DISCOVERY, INC.,         :
                                      :
                           Defendant. :
                                      :
------------------------------------- X
                                      :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :
                                      :
                           Plaintiff, :
           -v-                        :
                                      :
BROADWAY HD, LLC.                     :
                                      :
                           Defendant. :
                                      :
------------------------------------- X
                                      :
QUANTUM TECHNOLOGY INNOVATIONS, LLC,  :
                                      :
                           Plaintiff, :
           -v-                        :
                                      :
FASTLY, INC.,                         :
                                      :
                           Defendant. :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

An Order of July 18, 2024 consolidated cases 24cv1102, 24cv1103, 24cv4745, 24cv4750, and 24cv4679 and stayed motion practice in all cases except 24cv1102 ("Pandora Action"). An Order of August 7 granted the request of defendant BroadwayHD

for an extension of the time to respond to the complaint until 21 days after resolution of the pending motion to dismiss in the Pandora Action. Plaintiff has since dismissed the actions in 24cv1102, 24cv1103, and 24cv4745, and has filed a new action against Fastly, Inc. (24cv6027) ("Fastly Action"). Accordingly, it is hereby

ORDERED that BroadwayHD shall respond to the complaint in 24cv4679 by September 9, 2024.

IT IS FURTHER ORDERED that motion practice is stayed in all cases except 24cv4679.

IT IS FURTHER ORDERED that cases 24cv4679, 24cv4750, and 24cv6027 are consolidated for purposes of pretrial case management, and shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE QUANTUM TECHNOLOGY INNOVATIONS LLC PATENT LITIGATION | 24cv4679 (DLC)<br>24cv4750 (DLC)<br>24cv6027 (DLC) |
|---|---|

Dated:   New York, New York
         August 16, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge