```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   24cv4679 (DLC)
                                          :   24cv4750 (DLC)
IN RE QUANTUM TECHNOLOGY INNOVATIONS      :   24cv6027 (DLC)
LLC PATENT LITIGATION                     :
                                          :   ORDER OF
                                          :   DISCONTINUANCE
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of August 16, 2024 consolidated cases 24cv4679, 24cv4750, and 24cv6027 for purposes of pretrial case management. Broadway HD, LLC ("Broadway HD") was directed to respond to the complaint in 24cv4679 by September 9. Motion practice was stayed in all cases except for 24cv4679.

On September 6, Broadway HD was granted an extension to October 9 to respond to the complaint in 24cv4679. On October 8, it was reported to this Court that the case in 24cv4679 has been settled. Accordingly, it is hereby

ORDERED that the case in 24cv4679 is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by November 5, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that Fastly, Inc. ("Fastly") shall respond to the complaint in 24cv6027 by November 26.

Dated:   New York, New York
         October 8, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge