IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE QUANTUM TECHNOLOGY INNOVATIONS LLC PATENT LITIGATION | 24cv4679 (DLC)<br>24cv4750 (DLC)<br>24cv6027 (DLC) |

## JOINT MOTION FOR DISMISSAL

Plaintiff Quantum Technology Innovations, LLC and Defendant BroadwayHD, LLC hereby stipulate to the dismissal **with prejudice** of all claims and counterclaims that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: November 21, 2024            Respectfully submitted,

/s/ David A. Ward
David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
Dward@klugerhealey.com

*Counsel for Plaintiff Quantum Technology Innovations LLC*

So ordered.

[signature]
11/22/24

Dated: November 21, 2024                    Respectfully submitted,

                                            /s/ Tiffany Mahmood
                                            Tiffany Mahmood
                                            GOODWIN PROCTER LLP
                                            The New York Times Building
                                            620 Eighth Avenue
                                            New York, NY 10018
                                            Tel.:  (212) 813-8800
                                            Fax:  (212) 355-3333
                                            TMahmood@goodwinlaw.com

                                            *Counsel for Defendant BroadwayHD, LLC*