**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE QUANTUM TECHNOLOGY INNOVATIONS LLC PATENT LITIGATION** | **24cv4679 (DLC)**<br>**24cv4750 (DLC)**<br>**24cv6027 (DLC)** |

## JOINT MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between Plaintiff Quantum Technology Innovations, LLC and Defendant Warner Bros. Discovery, Inc., that the foregoing action be dismissed **with prejudice**. Each Party will bear its own costs, expenses, and attorneys' fees.

February 27, 2025

Respectfully submitted,

*/s/ David A. Ward*
David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Attorneys for Plaintiff
Dward@klugerhealey.com

*Counsel for Plaintiff Quantum Technology Innovations LLC*

So ordered.
Denise Cote
3/3/25

Dated: March 1, 2025

Respectfully submitted,

_/s/ Stuart W. Yothers_
Stuart W. Yothers
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3893
Facsimile: (212) 755-7306
Email: syothers@jonesday.com

*Counsel for Defendant Warner Bros. Discovery, Inc.*